# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Tiffany Woods on behalf of her minor child, A.L.D., <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 3:16-cv-503 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Court thus AFFIRMS the ALJ's non-disability finding as supported by substantial evidence, and TERMINATES this case on the docket. IT IS SO ORDERED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  MichaelJ. Newman  on a motion for Decision and Entry

Date: 2/8/2018

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk